

## Dear Sir, Madam

My name is Adnan I'm from Homs, Syria..I Live in the United States and work almost 4 years now, I opened a company with my wife here, i have Social Security number and work permit..Since about a week asylum office sent me a final decision at the request of my asylum, a final rejection and they cancel my work permit after 60 days they said to me that it is the right of the Syrian government to asked me to war !!

I already lost my father and my brother in the war

if I back to Syria, I have to go to battlefield, I do not have any experience on war, I do not like guns,

what is waiting for me there?! Death!!! Only death!! here I have my family now, I have my wife my daughter, I love them. I work here, I pay my taxes and my company taxes, I do not take any benefits from the government..But

in Syria, what you own? I just I have to go to war and kill, I spent here in the States almost four years here and I liked a lot .. I loved the people here,

The United States signed the Geneva Convention For the protection of civilians in time of war To start a new life .. provide safety life ,, I am a civilian, ran away from this war.. I hope you can reopening my cases
And help me ..
 reopening of the cases
 Thank you very much


3/8/2017

Adnan Qurly



U.S. Department of Homeland Security
1200 Wall St West
Fourth Floor
Lyndhurst, NJ 07071-0000

**U.S. Citizenship and Immigration Services**

Adnan Alahmad
Allentown, PA 18109

Re: A207537345

## NOTICE OF INTENT TO DENY

Dear Mr. Alahmad:

The purpose of this letter is to notify you of the intent to deny your request for asylum. U.S. Citizenship and Immigration Services ("USCIS") has carefully considered your written application and accompanying documents, available country conditions materials, and your oral testimony to reach this determination for the reasons given below.

### I. BIOGRAPHIC/ENTRY OR ARRIVAL/IMMIGRATION STATUS INFORMATION

In presenting your request for asylum, you indicated that you are a 32-year-old male native and citizen of Syria, and you stated that you last entered to the United States at NYC on September 29, 2016 as a parolee for the adjudication of your TPS application. Applicant is in lawful status as a parolee.

### II. 

### III. ANALYSIS OF PROHIBITIONS AGAINST FILING FOR ASYLUM

You filed the asylum application on October 22, 2015. You established by clear and convincing evidence that the application was filed within one year after your previous of arrival to the United States on May 15, 2015. Therefore, you filed a timely application.

### IV. SUMMARY OF TESTIMONY

You testified as follows:

2



You are also afraid because you received a notice from the Syrian military that you are required to return to Syria to fight in the war there.

## V. CREDIBILITY DETERMINATION / EVIDENCE ASSESSMENT

Your testimony was detailed, consistent, and plausible. Therefore, it is found credible.

## VI. FOCUSED LEGAL ANALYSIS

The events you described do not amount to past persecution. You were questioned briefly by the secret police and released. The secret police did not threaten you nor have they since contacted you.

Your fear you will be forcibly conscripted by the Syrian government. This is not viewed as harm for the purposes of asylum. Sovereign states are within their legal right to conscript their citizens for war.

(1)     she or he possess (or is believed to possess) beliefs or characteristics the persecutor seeks to overcome in others;

(2)     the persecutor is already aware, or could become aware, that she or he possesses these beliefs or characteristics;

(3)     the persecutor has the capability of persecuting the applicant; and

(4)     the persecutor has the inclination to persecute the applicant.

See *Matter of Mogharrabi*, 19 I&N Dec. 439 (BIA 1987).



### VII. BARS/Discretionary Factors

There are no mandatory bars or discretionary factors that make you ineligible for asylum.

### VIII. DECISION

For the reasons explained above, USCIS has found that you are not eligible for asylum status in the United States.

You can provide rebuttal to this notice in support of your request. You have sixteen (16) days from the date of this notice

Please direct any response to the address on this letterhead. Mark both the envelope and the contents as follows:

   Attention: File Number A-207537345___    <u>Rebuttal</u> -- ZNK 261

Sincerely,

*[signature]* SAO

for Susan Raufer

Director

**NEWARK ASYLUM OFFICE**



# SANAJB Inc.

**SPECIMEN**

INCORPORATED UNDER THE LAWS OF THE COMMONWEALTH OF PENNSYLVANIA

The Corporation is authorized to issue 1,000 Common Shares - No Par Value

**This Certifies that** _____ is the owner of _____ fully paid and non-assessable Shares of the above Corporation, transferable only upon the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed.

**In Witness Whereof,** the said Corporation has caused this Certificate to be signed by its duly authorized officers and to be sealed with the Seal of the Corporation.

Dated _____

SECRETARY-TREASURER

PRESIDENT

```
         IRS DEPARTMENT OF THE TREASURY
             INTERNAL REVENUE SERVICE
             CINCINNATI  OH    45999-0023
```

Date of this notice: 01-05-2017

Employer Identification Number:
81-4869199

Form: SS-4

Number of this notice: CP 575 A

SANAJB INC
2023 E CEDAR ST
ALLENTOWN, PA 18109

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 81-4869199. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

         Form 1120                              04/15/2017

If you have questions about the form(s) or the due date(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*. See Form 8832 and its instructions for additional information.

### IMPORTANT INFORMATION FOR S CORPORATION ELECTION:

If you intend to elect to file your return as a small business corporation, an election to file a Form 1120-S must be made within certain timeframes and the corporation must meet certain tests. All of this information is included in the instructions for Form 2553, *Election by a Small Business Corporation*.

DSCB: 15-1306/2102/2303/2702/2903/3101/3303/7102-2

5. The name and address, including number and street, if any, of each incorporator (all incorporators must sign below):

| Name | Address |
|---|---|
| Adnan Alahmad | 2023 E Cedar St, Allentown, Lehigh, PA, United States, 18109 |

6. The specified effective date, if any is: _____
   month/day/year    hour, if any

7. Additional provisions of the articles, if any, attach an 8½ by 11 sheet.

8. *Statutory close corporation only:* Neither the corporation nor any shareholder shall make an offering of any of its shares of any class that would constitute a "public offering" within the meaning of the Securities Act of 1933 (15 U.S.C. § 77a et seq.)

9. *Cooperative corporations only: Complete and strike out inapplicable term:*
   The common bond of membership among its members is: _____

10. *Benefit corporations only:* This corporation shall have the purpose of creating general public benefit.

    Strike out if inapplicable: ~~This corporation shall have the purpose of creating the enumerated specific public benefit(s):~~

IN TESTIMONY WHEREOF, the incorporator(s) has/have signed these Articles of Incorporation this 24 day of December, 2016.

_____
Adnan Alahmad
Signature

Entity# : 6489797
Date Filed : 12/24/2016
Pedro A. Cortés
Secretary of the Commonwe

**PENNSYLVANIA DEPARTMENT OF STATE**
**BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZATIONS**

Articles of Incorporation-For Profit
(15 Pa.C.S.)

| | | | |
|---|---|---|---|
| __X__ | Business-stock (§ 1306) | ____ | Management (§ 2703) |
| ____ | Business-nonstock (§ 2102) | ____ | Professional (§ 2903) |
| ____ | Business-statutory close (§ 2303) | ____ | Insurance (§ 3101) |
| ____ | Cooperative (§ 7102) | ____ | Benefit (§ 3303) |

Name: June Ha
Address: 1011 Arch St, Ste 200,
City: Philadelphia  State: PA  Zip Code: 19107

Document will be returned to the name and address you enter to the left.

Fee: $125.00

In compliance with the requirements of the applicable provisions (relating to corporations and unincorporated associations), the undersigned, desiring to incorporate a corporation for profit, hereby states that:

1. The name of the corporation:

   SANAJB Inc

2. The (a) address of this corporation's current registered office in this Commonwealth (post office box, alone, is not acceptable) or (b) name of its commercial registered office provider and the county of venue is:

   | (a) Number and Street | City | State | Zip | County |
   |---|---|---|---|---|
   | 2023 E Cedar St, | Allentown | PA | 18109 | Lehigh |

   (b) Name of Commercial Registered Office Provider                                        County
   c/o:

3. The corporation is incorporated under the provisions of the Business Corporation Law of 1988.

4. Check and complete one:

   ____ The corporation is organized on a nonstock basis.

   __X__ The corporation is organized on a stock share basis and the aggregate number of shares authorized is: __1000__